# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JESUS MALDONADO and CARLOS ESTRADA, Defendants. | Case No. 22-cr-02153-W<br><br>ORDER TO CONTINUE |

IT IS HEREBY ORDERED, based upon the foregoing Joint Motion, that the Status Hearing is hereby continued from Monday, May 22, 2023 at 9:00 a.m. to Monday, July 10, 2023 at 9:00 a.m.

The parties agree that the above constitutes good legal cause for this continuance and that any time allowed by the Court for the continuance request of the defense shall be excluded pursuant to the Speedy Trial Act.

**SO ORDERED.**

Dated: 5/19/23

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE