UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS MALDONADO (1),<br><br>  Defendant. | Case No. 22CR2153-W<br><br>ORDER OF CRIMINAL FORFEITURE |

WHEREAS, in the Indictment the United States sought forfeiture of all right, title, and interest in all firearms and ammunition of Defendant, JESUS MALDONADO, ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), as firearms and ammunition involved in the violations of Title 18, United States Code, Sections 922(O), 922(k), and 2, and Title 26, United States Code, Sections 5861(d) and 5871 as set forth in Counts 1 through 4 of the Indictment; and,

WHEREAS, on or about June 10, 2024, Defendant pled guilty before District Judge Thomas J. Whelan to the offense set forth in Count 4 of the Indictment, charging the defendant with possession of unregistered firearms and possession of firearms with an altered or obliterated serial number in violation of Title 18, United States Code, Sections 922(k) and 2, consented to the forfeiture allegations of the Indictment, and agreed pursuant

to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), to forfeit all firearms and ammunition seized in connection with this case including but not limited to the following:

1. Two (2) Century Arms International VSKA 7.62 caliber rifle;
2. One (1) Romanian Arms WASR- 10 7.62 caliber rifle;
3. Two (2) Aero Precis ion M4El multi- caliber rifles;
4. One (1) Stag Arms pistol;
5. Two (2) Anderson Manufacturing AM- 15 multi - caliber rifles;
6. One (1) Aero Precision Freedom multi- caliber rifle;
7. Six (6) Aero Precision M4El multi-caliber rifles;
8. One (1) Aero Precision M4El multi-caliber pistol;
9. Two (2) Century Arms International BFT47 7.62 caliber rifles;
10. One (1) Aero Precision M5 multi-caliber rifle;
11. One (1) Romanian Arms rifle;
12. One (1) Palmetto State Armory G3-10 .308 caliber rifle;
13. One (1) Palmetto State Armory M4A1 carbine 5.56 caliber rifle;
14. One (1) Romanian Arms Mini Draco 7.62 caliber pistol;
15. One (1) DPMS Inc. Anvil 7.62 caliber rifle; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the Court finds that the United States has established the requisite nexus between the forfeited firearms and ammunition and the offense; and,

WHEREAS, on or about January 11, 2023, and January 20, 2023, the firearms and ammunition were administratively forfeited in the Southern District of California by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"); and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

//

//

1   Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

2   1. Based upon the guilty plea of the Defendant to Count 4 of the Indictment, the United States is hereby authorized to take custody and control of the following firearms and ammunition, and all right, title and interest of Defendant, JESUS MALDONADO, in the firearms and ammunition are hereby forfeited to the United States:

1. Two (2) Century Arms International VSKA 7.62 caliber rifle;
2. One (1) Romanian Arms WASR- 10 7.62 caliber rifle;
3. Two (2) Aero Precis ion M4El multi- caliber rifles;
4. One (1) Stag Arms pistol;
5. Two (2) Anderson Manufacturing AM- 15 multi - caliber rifles;
6. One (1) Aero Precision Freedom multi- caliber rifle;
7. Six (6) Aero Precision M4El multi-caliber rifles;
8. One (1) Aero Precision M4El multi-caliber pistol;
9. Two (2) Century Arms International BFT47 7.62 caliber rifles;
10. One (1) Aero Precision M5 multi-caliber rifle;
11. One (1) Romanian Arms rifle;
12. One (1) Palmetto State Armory G3-10 .308 caliber rifle;
13. One (1) Palmetto State Armory M4A1 carbine 5.56 caliber rifle;
14. One (1) Romanian Arms Mini Draco 7.62 caliber pistol; and
15. One (1) DPMS Inc. Anvil 7.62 caliber rifle.

2. The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture actions are required in this case

//
//
//
//
//

3. This order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

**IT IS SO ORDERED.**

DATED: 10/28/24

_____
Honorable Thomas J. Whelan
United States District Judge